UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY CORPORATION, et al.

*Plaintiff*

v.

EQUIFAX INC., KOUNT INC., et al.

*Defendant*

Civil Action No. 2:24-cv-04298

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that **Defendant, Kount Inc.**, is a non-governmental corporation and that:

[X] This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

**Equifax Inc., parent corporation**

**OR**

[ ] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

*/s/ Thomas J. Scrivo*
Signature of Attorney
**King & Spalding LLP**
**1185 Avenue of the Americas, 34th Floor**
Address
**New York, NY  10036-2601**
City/State/Zip
**March 27, 2024**
Date