UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INC., KOUNT INC., et al.<br><br>Defendants. | Civil Action No. 2:24-cv-4298 |

**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil Rule 6.1(b)]**

Application is hereby made for a Clerk's Order extending time within which defendants Equifax Inc. and Kount Inc. may answer, move, or otherwise reply to the Complaint filed by Plaintiffs, and it is represented that:

1. Plaintiffs filed suit in the Superior Court of New Jersey, Law Division, Bergen County, on February 9, 2024;

2. Defendants were serviced with notice of process on February 27, 2024;

3. On March 27, 2024, Defendants filed a Notice of Removal to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1446;

4. No previous extension has been obtained;

5. Time to Answer, Move, or Otherwise Respond expires on April 3, 2024.

DATED: April 3, 2024

By      /s/ Thomas J. Scrivo
Thomas J. Scrivo
King & Spalding LLP
1185 Avenue of the Americas

34th Floor
New York, NY  10036-2601
Tel: 212-556-32100
Fax: 212-556-2222
Email: TScrivo@kslaw.com

Zachary A. McEntyre*
John C. Toro*
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
Tel.: (404) 572-4600
Fax: (404) 572-5100
Email: zmcentyre@kslaw.com
Email: jtoro@kslaw.com
**Pro Hac* forthcoming*

*Counsel for Equifax Inc. and Kount Inc.*

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record:

Dated: April 3, 2024.

                                                                              */s/*     *Thomas J. Scrivo*