UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**  **DATE OF PROCEEDINGS: 04/18/2024**
**JUDGE: HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell    **DOCKET #** CV 24-4298 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
        v.
EQUIFAX INC. et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced: 10:00 AM        Time Adjourned: 12:20 PM

Total: 2 hours and 20 minutes

                            s/ *David Bruey*
                            **DEPUTY CLERK**