UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORP. et al<br><br>Plaintiff(s).<br><br>v.<br><br>EQUIFAX INC., KOUNT, INC., et al.<br><br>Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No.  1:24-cv-04298 |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Thomas J. Scrivo
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Zachary A. McEntyre

Address: King & Spalding LLP

1180 Peachtree Street NE

Atlanta, Georgia  30309

E-mail: zmcentyre@kslaw.com

(One email address only)

DNJ-CMECF-002