UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**　　　　　　　　　　　　**DATE OF PROCEEDINGS: 05/07/2024**
**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell　　　**DOCKET #**　CV 24-4298 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
　　　　v.
EQUIFAX INC. et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time  commenced:  2:32  PM　　　　　　　　Time Adjourned: 2:34 PM

Total:  2 minutes

　　　　　　　　　　　　　　　　　　　　s/ *David Bruey*
　　　　　　　　　　　　　　　　　　　　**DEPUTY CLERK**