# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036-4003
Tel:  (212) 556-2100
Fax:  (212) 556-2222
www.kslaw.com

Thomas J. Scrivo
Direct Dial: (212) 556-2179
TScrivo@kslaw.com

May 31, 2024

**VIA ECF**

Honorable Harvey Bartle, III
United States Senior Judge
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:    *Atlas Data Privacy Corporation, et al. v. Equifax Inc., Kount Inc., et al.*
> Civil Action No. 1:24-cv-4298**

Dear Judge Bartle:

We represent Defendants Equifax Inc. and Kount Inc. (collectively, "Defendants") in the above captioned matter.

Pursuant to Local Civil Rule 102.1, I respectfully request that Your Honor (1) approve Elijah O'Kelley's (admitted *pro hac vice* [Dkt. No. 15]) withdrawal as Defendants' counsel in this action, and (2) direct the clerk to remove him from electronic noticing in this matter. Effective May 30, 2024, Elijah O'Kelley was no longer employed by King & Spalding and will no longer be involved in this matter.

Attorneys from King & Spalding, including myself, Zachary A. McEntyre and John C. Toro, admitted *pro hac vice* by the Court's order on April 23, 2024 (Dkt. No. 15), will continue to represent Defendants in this matter.

If Your Honor approves, we respectfully request that the Court "So Order" this letter and that the so-ordered letter be filed on the docket.

Thank you for your consideration of this matter.

May 31, 2024
Page 2

Respectfully submitted,

*/s/ Thomas J. Scrivo*
Thomas J. Scrivo

cc: All counsel of record (via ECF)