# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036-4003
Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Thomas J. Scrivo
Direct Dial: (212) 556-2179
TScrivo@kslaw.com

September 10, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re: *Atlas Data Privacy Corp., et al v. Equifax Inc., Kount Inc., et al.* Civil Action No. 1:24-cv-4298 – Joinder in Defendants' Consolidated Brief in Opposition to Plaintiffs' Motion to Remand

Dear Judge Bartle:

This firm represents defendants Equifax Inc. and Kount Inc. ("Defendants") in the above-referenced matter. We write to advise the Court that Defendants joined the Defendants' Consolidated Brief in Opposition to Plaintiffs' Motion to Remand, which was filed yesterday under Dkt. Nos. 53-55 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Carco Group, Inc., et al.*, Civil Action No. 1:24-cv-04077-HB (the "Consolidated Opposition"). For the reasons set forth in the Consolidated Opposition, Defendants respectfully request that the Court deny Plaintiffs' Consolidated Motion to Remand.

Respectfully submitted,

*/s/ Thomas J. Scrivo*
Thomas J. Scrivo
King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY  10036-2601
Tel: 212-556-2100
Fax: 212-556-2222
Email: tscrivo@kslaw.com

                                      Zachary A. McEntyre*
                                      John C. Toro*
                                      Charles G. Spalding, Jr.**
                                      King & Spalding LLP
                                      1180 Peachtree Street
                                      Atlanta, GA  30309
                                      Tel.: (404) 572-4600
                                      Fax: (404) 572-5100
                                      Email: zmcentyre@kslaw.com
                                      Email: jtoro@kslaw.com
                                      Email: cspalding@kslaw.com

                                      *Admitted Pro Hac Vice*
                                      ***Pro Hac Vice forthcoming*

                                      *Counsel for Defendants Equifax Inc. and Kount Inc.*

CC: All Counsel of Record (via ECF)