Thomas J. Scrivo
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Tel: 212-556-2100
Fax: 212-556-2222
Email: tscrivo@kslaw.com

Attorneys for Defendants, Equifax Information Service LLC and Kount, Inc.

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, | Case No. 1:24-cv-04298 |
| Plaintiffs, | |
| v. | |
| EQUIFAX INC., KOUNT INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, | |
| Defendants. | |

**<u>DEFENDANTS APPLICATION FOR ADMISSION PRO HAC VICE</u>**

Thomas J. Scrivo, a member of good standing of the Bar of the State of New

Jersey and admitted to practice before the United State District Court for the District of New Jersey and an Associate with the law firm of King & Spalding LLP hereby applies to the Court for an Order permitting Charles Spalding, Jr., Esq. to practice *pro hac vice* before the United States District Court for the District of New Jersey on behalf of Equifax Information Service LLC and Kount, Inc., parties of interest in these proceedings under L. Civ. R. 101.1(c).  In support of this application, the undersigned shall rely upon the Certification of Charles Spalding, Jr., Esq.  A proposed form of Order is also being submitted.

      Respectfully submitted, this 26th day of September, 2024

      */s/ Thomas J. Scrivo*
Thomas J. Scrivo
King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY  10036-2601
Tel: 212-556-2100
Fax: 212-556-2222
Email: tscrivo@kslaw.com

Zachary A. McEntyre
John C. Toro
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA  30309
Tel.: (404) 572-4600
Fax: (404) 572-5100
Email: zmcentyre@kslaw.com
Email: jtoro@kslaw.com

*Counsel for Defendants Equifax Inc. and Kount Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record:

Dated: September 26, 2024.

*/s/ Thomas J. Scrivo*
Thomas J. Scrivo