## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## Camden, NJ

ATLAS DATA PRIVACY CORPORATION,
et al.

                                      Plaintiff,

v.                                             Case No.: 1:24−cv−04298−HB
                                                    Judge Harvey Bartle (EDPA), III

EQUIFAX INC., et al.

                                      Defendant.

Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: BER−L−00024−919

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                      Very truly yours,

                                                      CLERK OF COURT
                                                      By Deputy Clerk, lm

encl.
cc: All Counsel